1  **PETER E. BRIXIE, S.B.#124186**
   **Attorney at Law**
2  **410 Twelfth Street, Suite One**
   **Sacramento, CA 95814**
3  **Telephone: (916) 658-1880**
   **Facsimile: (916) 658-1884**
4
   **Attorney for Mark Perez**
5

6

7
                    **UNITED STATES DISTRICT COURT**
8
                    **EASTERN DISTRICT OF CALIFORNIA**
9

10 **Perez,**                         )   CASE NO.:   Civ S. 04-2620 GGH
                                      )
11                     **Plaintiff,** )   **Stipulation and Order Extending Time to**
                                      )   **File and Serve Motion**
12 **vs.**                            )
                                      )
13 **Joanne B. Barnhart, Commissioner of** )
   **Social Security,**               )
14                                    )
                      **Defendant.**  )
15                                    )

16

17

18      IT IS HEREBY STIPULATED by and between the parties, through their respective

19 undersigned attorneys, and with the permission of the Court as evidenced below, that the

20 Plaintiff's time to file a motion for summary judgment in the above-referenced case is hereby

21 extended to the new filing date of June 27, 2005.  The extension is needed due to press of

22 business in plaintiff's attorney's office.

This is the 1st request for extension by plaintiff.

Dated: 5/23/2005                             /s/Peter Brixie_____
                                            PETER BRIXIE
                                            Attorney at Law

                                            Attorney for Plaintiff

Dated: 5/23/2005
                                     By:    /s/Bobbie J. Montoya_____
                                            BOBBIE J. MONTOYA
                                            Assistant U. S. Attorney

                                            Attorney for Defendant

__ooo__

APPROVED AND SO ORDERED

Dated: 5/25/05
                                            /s/ Gregory G. Hollows
                                            _____
                                            GREGORY G. HOLLOWS
                                            United States Magistrate Judge

perez2620.eot05